**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **WILLIE J. HARVEY,** | ) |
| Plaintiff, | ) Case No. CV 15-07030 AJW |
| v. | ) **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

February 9, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge